

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE JIMENEZ-CHAIDEZ,<br><br>　　　　　Defendant. | Case No.: 19-CR-4034-TWR<br><br>**ORDER TO SEAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion for the Response in Opposition to Defendant's Motion for Modification of Bail Condition, Motion to Seal and the instant Order to Seal to be SEALED are **GRANTED in part and denied in part**. The United States' Opposition to Defendant's Motion for Modification of Bail is ordered sealed. The Motion to Seal and the instant Order shall not be filed under seal.

IT IS SO ORDERED.
Dated: November 6, 2020

　　　　　　　　　　　　　　　　　　　Jill Burkhardt
　　　　　　　　　　　　　　　　　　　Hon. Jill L. Burkhardt
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge